UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

**FILED**

FEB 23 2011

U.S. CLERK'S OFFICE
EVANSVILLE, INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **3 : 11 -cr- 07   RLY -WGH** |
| | ) | |
| v. | ) | Cause No. 3:11-cr-___ -RLY-WGH- |
| | ) | |
| | ) | |
| LARRY EVERETT HODGE, | ) | -01 |
| | ) | |
| EMMA DELL HODGE, | ) | -02 |
| (A.K.A. EMMA DELL FOLSOM), | ) | |
| | ) | |
| GEORGE K. JACKSON, | ) | -03 |
| | ) | |
| Defendants. | ) | |

## INDICTMENT

## GENERAL ALLEGATIONS

### The Child Subjected to Abuse

1.     The minor female child known to the Grand Jury and referred to throughout this

Indictment was born in the year 2002 and was, at all times relevant to this Indictment, less than

nine years old.  LARRY EVERETT HODGE and EMMA DELL HODGE gained access to the

minor female child by volunteering to assist the child's parents by caring for the child after

school and at other times.

### Larry Everett Hodge

2.     LARRY EVERETT HODGE is an adult male with date of birth in the year 1964.

At all times relevant to the Indictment LARRY EVERETT HODGE lived in a residence located

in Evansville, Indiana, with EMMA DELL HODGE.  The digital photograph sessions referred to

in this Indictment were conducted inside the residence of  LARRY EVERETT HODGE and

EMMA DELL HODGE.  LARRY EVERETT HODGE was involved in a long term relationship

with EMMA DELL HODGE prior to marrying EMMA DELL HODGE in November of 2010.

### Larry Everett Hodge's Computer

3.      LARRY EVERETT HODGE operated an E-Machines model T2460 desk top

computer in his residence.  The E-Machines model T2460 computer was used by LARRY

EVERETT HODGE to communicate with GEORGE K. JACKSON using Yahoo! messenger

software over internet connections.  LARRY EVERETT HODGE transmitted images of the

minor female to GEORGE K. JACKSON during these Yahoo! messenger sessions.  The E-

Machines model T2460 computer was also used by LARRY EVERETT HODGE to save the

images of the digital photograph sessions involving the minor female victim on a Memorex CD-

RW data storage compact disc.

### Emma Dell Hodge

4.      EMMA DELL HODGE is an adult female with date of birth in the year 1967.  At

all times relevant to the Indictment EMMA DELL HODGE lived in a residence located in

Evansville, Indiana, with LARRY EVERETT HODGE.  EMMA DELL HODGE was involved in

a long term relationship with LARRY EVERETT HODGE prior to marrying LARRY EVERETT

HODGE in November of 2010.  Before her marriage to LARRY EVERETT HODGE, EMMA

DELL HODGE's last name was FOLSOM.

### George K. Jackson

5.      GEORGE K. JACKSON is an adult male with date of birth in the year 1965.  At

all times relevant to the Indictment GEORGE K. JACKSON lived in a residence located in

-2-

Evansville, Indiana.  At all times relevant to the Indictment GEORGE K. JACKSON was married to or involved in a relationship with the sister of EMMA DELL HODGE.

### The Computer Used By George K. Jackson

6.      GEORGE K. JACKSON operated a Compaq Presario desk top computer in his residence.  The Compaq Presario computer was used by GEORGE K. JACKSON to communicate with LARRY EVERETT HODGE using Yahoo! messenger software over internet connections.  GEORGE K. JACKSON received images of the minor female from LARRY EVERETT HODGE during these Yahoo! messenger sessions.  GEORGE K. JACKSON also received other images of minors engaged in sexually explicit conduct using the Compaq Presario computer that were transmitted to him using internet connections to the Compaq Presario computer.

### Person Identified in Count 13

7.      The adult female referred to in Count 13 of this Indictment reported her receipt of sexually explicit images involving the minor female from LARRY EVERETT HODGE to law enforcement authorities.

### Devices Identified in the Indictment

8.      The Kodak EasyShare C530 digital camera referred to in this Indictment was manufactured and produced outside the State of Indiana.

9.      The Memorex CD-RW data storage compact disc referred to in this Indictment was manufactured and produced outside the State of Indiana.

10.      The Motorola cellular phone referred to in Count 13 of this Indictment was manufactured and produced outside the State of Indiana.

11.     The E-Machines model T2460 computer used by LARRY EVERETT HODGE functioned using a Microsoft Windows operating system.  The E-Machines model T2460 computer, the component parts of the computer, and the Microsoft Windows operating system software were manufactured and produced outside the State of Indiana.

12.     The Compaq Presario computer used by GEORGE K. JACKSON functioned using a Microsoft Windows operating system.  The Compaq Presario computer, the component parts of the computer, and the Microsoft Windows operating system software were manufactured and produced outside the State of Indiana.

**General Descriptions of Digital Photograph Sessions Identified in the Indictment**

13.     The Grand Jury has identified at least seven separate digital photography sessions produced by LARRY EVERETT HODGE alone, or produced by LARRY EVERETT HODGE and EMMA DELL HODGE together, containing sexually explicit images of the minor female known to the Grand Jury.  The digital photography sessions are identified in this Indictment using the file names that the sessions were saved under on the Memorex CD-RW data storage compact disc.  All of the sessions contain images of the minor female known to the Grand Jury engaged in sexually explicit conduct as defined by Title 18, United States Code, Section 2256(2).  Each session includes, but is not limited to, the particular sexually explicit acts that are described, in part, as follows:

A.     **The Feb 2010 Series of Images** include depictions of the lascivious exhibition of the genitals or pubic area of the minor female and the placement of an object on the genitals of the minor female simulating genital to genital sexual intercourse with the minor female.

-4-

B.      **The 00J78 Series of Images** include depictions of the lascivious exhibition of the genitals or pubic area of the minor female, oral sex between the minor female and LARRY EVERETT HODGE, and the simultaneous lascivious exhibition of the genitals or pubic area of the minor female and EMMA DELL HODGE while the minor female and EMMA DELL HODGE are in physical contact with each other.

C.      **The slut fuck Series of Images** include depictions of the lascivious exhibition of the genitals or pubic area of the minor female, oral sex between the minor female and LARRY EVERETT HODGE, and the placement of LARRY EVERETT HODGE's penis on the buttocks of the minor female.

D.      **The JM Series of Images** include depictions of the lascivious exhibition of the genitals or pubic area of the minor female, oral sex between the minor female and LARRY EVERETT HODGE, manipulation of the genitals of the minor female by LARRY EVERETT HODGE, and depictions of sadistic abuse of the minor female involving ropes tied around the arms and neck of the minor female.

E.      **The rylan Series of Images** includes depictions of the lascivious exhibition of the genitals or pubic area of the minor female and the placement of an object on the genitals of the minor female simulating genital to genital sexual intercourse with the minor.

F.      **The slut Series of Images** includes depictions of the minor female using her hands to expose the lascivious exhibition of the anus and vagina of EMMA DELL HODGE and depictions of the minor female inserting an object into the vagina of EMMA DELL HODGE.

G.      **The Halloween Series of Images** includes depictions of the lascivious exhibition of the genitals or pubic area of the minor female and oral sex between the minor

female and LARRY EVERETT HODGE.

        H.    **The JM 044.mov and JM 027.mov videos** include live action video recordings depicting the lascivious exhibition of the genitals or pubic area of the minor female and oral sex between the minor female and LARRY EVERETT HODGE.

### SPECIFIC OFFENSES

### COUNTS 1-7

### (PRODUCTION OF SEXUALLY EXPLICIT MATERIAL INVOLVING A MINOR - DEFENDANT LARRY EVERETT HODGE)

### COUNT 1

### The Feb 2010 Series of Images

The Grand Jury charges that:

On or about April 2, 2010, and April 3, 2010, within the Southern District of Indiana, LARRY EVERETT HODGE, a defendant herein, knowingly employed, used, persuaded, induced, enticed, and coerced a minor female known to the Grand Jury to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct and the visual depictions were produced using materials that had been mailed, shipped or transported in interstate or foreign commerce, by any means, including by computer, to wit: using a Kodak EasyShare C530 digital camera and a Memorex CD-RW data storage compact disc, LARRY EVERETT HODGE took a series of digital photographs of a minor female known to the grand jury engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2). The series of images depicting the minor female engaged in sexually explicit conduct were produced inside a residence in the Southern District of Indiana and stored on the Memorex CD-RW data storage compact disc under the partial file name Feb 2010.

All of which is in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT 2

### The 00J78 Series of Images

The Grand Jury further charges that:

On or about April 12, 2010, and April 15, 2010, within the Southern District of Indiana, LARRY EVERETT HODGE, a defendant herein, knowingly employed, used, persuaded, induced, enticed, and coerced a minor female known to the Grand Jury to engage in sexually explicit conduct and knowingly employed, used, persuaded, induced, enticed, and coerced a minor female known to the Grand Jury to assist another person to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct and the visual depictions were produced using materials that had been mailed, shipped or transported in interstate or foreign commerce, by any means, including by computer, to wit:  using a Kodak EasyShare C530 digital camera and a Memorex CD-RW data storage compact disc, LARRY EVERETT HODGE took a series of digital photographs of a minor female known to the grand jury engaging in sexually explicit conduct and digital photographs of himself and EMMA DELL HODGE engaging in sexually explicit conduct with the minor female, as defined in Title 18, United States Code, Section 2256(2).  The series of images depicting the minor female engaged in sexually explicit conduct were produced inside a residence in the Southern District of Indiana and stored on the Memorex CD-RW data storage compact disc under the partial file name 00J78.

All of which is in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT 3

### The slut fuck Series of Images

The Grand Jury further charges that:

On or about April 15, 2010, within the Southern District of Indiana, LARRY EVERETT HODGE, a defendant herein, knowingly employed, used, persuaded, induced, enticed, and coerced a minor female known to the Grand Jury to engage in sexually explicit conduct and knowingly employed, used, persuaded, induced, enticed, and coerced a minor female known to the Grand Jury to assist another person to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct and the visual depictions were produced using materials that had been mailed, shipped or transported in interstate or foreign commerce, by any means, including by computer, to wit:  using a Kodak EasyShare C530 digital camera and a Memorex CD-RW data storage compact disc, LARRY EVERETT HODGE took a series of digital photographs of a minor female known to the grand jury engaging in sexually explicit conduct and digital photographs of himself engaging in sexually explicit conduct with the minor female, as defined in Title 18, United States Code, Section 2256(2).  The series of images depicting the minor female engaged in sexually explicit conduct were produced inside a residence in the Southern District of Indiana and stored on the Memorex CD-RW data storage compact disc under the partial file names slut fuck and slutfucker.

All of which is in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT 4

### The JM Series of Images

The Grand Jury further charges that:

On or about April 22, 2010, and May 20, 2010, within the Southern District of Indiana, LARRY EVERETT HODGE, a defendant herein, knowingly employed, used, persuaded, induced, enticed, and coerced a minor female known to the Grand Jury to engage in sexually explicit conduct and knowingly employed, used, persuaded, induced, enticed, and coerced a minor female known to the Grand Jury to assist another person to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct and the visual depictions were produced using materials that had been mailed, shipped or transported in interstate or foreign commerce, by any means, including by computer, to wit:  using a Kodak EasyShare C530 digital camera and a Memorex CD-RW data storage compact disc, LARRY EVERETT HODGE took a series of digital photographs of a minor female known to the grand jury engaging in sexually explicit conduct and digital photographs of himself engaging in sexually explicit conduct with the minor female, as defined in Title 18, United States Code, Section 2256(2).  The series of images depicting the minor female engaged in sexually explicit conduct were produced inside a residence in the Southern District of Indiana and stored on the Memorex CD-RW data storage compact disc under the partial file name JM.

All of which is in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT 5

### The rylan Series of Images

The Grand Jury further charges that:

On or about October 4, 2010, within the Southern District of Indiana, LARRY EVERETT

HODGE, a defendant herein, knowingly employed, used, persuaded, induced, enticed, and coerced

a minor female known to the Grand Jury to engage in sexually explicit conduct for the purpose of

producing visual depictions of such conduct and the visual depictions were produced using

materials that had been mailed, shipped or transported in interstate or foreign commerce, by any

means, including by computer, to wit:  using a Kodak EasyShare C530 digital camera and a

Memorex CD-RW data storage compact disc, LARRY EVERETT HODGE took a series of digital

photographs of a minor female known to the grand jury engaging in sexually explicit conduct, as

defined in Title 18, United States Code, Section 2256(2).  The series of images depicting the minor

female engaged in sexually explicit conduct were produced inside a residence in the Southern

District of Indiana and stored on the Memorex CD-RW data storage compact disc under the partial

file name rylan.

All of which is in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT 6

### The slut Series of Images

The Grand Jury further charges that:

On or about October 9, 2010, within the Southern District of Indiana, LARRY EVERETT

HODGE, a defendant herein, knowingly employed, used, persuaded, induced, enticed, and coerced

a minor female known to the Grand Jury to engage in sexually explicit conduct and knowingly

employed, used, persuaded, induced, enticed, and coerced a minor female known to the Grand Jury

to assist another person to engage in sexually explicit conduct for the purpose of producing visual

depictions of such conduct and the visual depictions were produced using materials that had been

mailed, shipped or transported in interstate or foreign commerce, by any means, including by

computer, to wit:  using a Kodak EasyShare C530 digital camera and a Memorex CD-RW data

storage compact disc, LARRY EVERETT HODGE took a series of digital photographs of a minor

female known to the grand jury engaging in sexually explicit conduct and digital photographs of

EMMA DELL HODGE engaging in sexually explicit conduct with the minor female, as defined in

Title 18, United States Code, Section 2256(2).  The series of images depicting the minor female

engaged in sexually explicit conduct were produced inside a residence in the Southern District of

Indiana and stored on the Memorex CD-RW data storage compact disc under the partial file name

slut.

All of which is in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT 7

### The Halloween Series of Images

The Grand Jury further charges that:

On or about November 9, 2010, within the Southern District of Indiana, LARRY

EVERETT HODGE, a defendant herein, knowingly employed, used, persuaded, induced, enticed,

and coerced a minor female known to the Grand Jury to engage in sexually explicit conduct and

knowingly employed, used, persuaded, induced, enticed, and coerced a minor female known to the

Grand Jury to assist another person to engage in sexually explicit conduct for the purpose of

producing visual depictions of such conduct and the visual depictions were produced using

materials that had been mailed, shipped or transported in interstate or foreign commerce, by any

means, including by computer, to wit:  using a Kodak EasyShare C530 digital camera and a

Memorex CD-RW data storage compact disc, LARRY EVERETT HODGE took a series of digital

photographs of a minor female known to the grand jury engaging in sexually explicit conduct and

digital photographs of himself engaging in sexually explicit conduct with the minor female, as

defined in Title 18, United States Code, Section 2256(2).  The series of images depicting the minor

female engaged in sexually explicit conduct were produced inside a residence in the Southern

District of Indiana and stored on the Memorex CD-RW data storage compact disc under the partial

file name Halloween.

All of which is in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

### COUNTS 8-9

### (PRODUCTION OF SEXUALLY EXPLICIT MATERIAL INVOLVING A MINOR - DEFENDANT EMMA DELL HODGE)

### COUNT 8

### The 00J78 Series of Images

The Grand Jury further charges that:

On or about April 12, 2010, and April 15, 2010, within the Southern District of Indiana,

EMMA DELL HODGE, a defendant herein, knowingly employed, used, persuaded, induced,

enticed, and coerced a minor female known to the Grand Jury to engage in sexually explicit

conduct and knowingly employed, used, persuaded, induced, enticed, and coerced a minor female

known to the Grand Jury to assist another person to engage in sexually explicit conduct for the

purpose of producing visual depictions of such conduct and the visual depictions were produced

using materials that had been mailed, shipped or transported in interstate or foreign commerce, by

-12-

any means, including by computer, to wit:  EMMA DELL HODGE posed for digital photographs with a minor female known to the grand jury depicting the minor female engaging in sexually explicit conduct and digital photographs of EMMA DELL HODGE engaging in sexually explicit conduct with the minor female, as defined in Title 18, United States Code, Section 2256(2).  The digital photographs were produced using a Kodak EasyShare C530 digital camera and saved on a Memorex CD-RW data storage compact disc under the partial file name 00J78.

All of which is in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT 9

### The slut Series of Images

The Grand Jury further charges that:

On or about October 9, 2010, within the Southern District of Indiana, EMMA DELL HODGE, a defendant herein, knowingly employed, used, persuaded, induced, enticed, and coerced a minor female known to the Grand Jury to engage in sexually explicit conduct and knowingly employed, used, persuaded, induced, enticed, and coerced a minor female known to the Grand Jury to assist another person to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct and the visual depictions were produced using materials that had been mailed, shipped or transported in interstate or foreign commerce, by any means, including by computer, to wit:  EMMA DELL HODGE posed for digital photographs with a minor female known to the grand jury depicting the minor female engaging in sexually explicit conduct and digital photographs of EMMA DELL HODGE engaging in sexually explicit conduct with the minor female, as defined in Title 18, United States Code, Section 2256(2).  The digital photographs were produced using a Kodak EasyShare C530 digital camera and saved on a Memorex CD-RW

-13-

data storage compact disc under the partial file name slut.

All of which is in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

### COUNTS 10-11

### (CONSPIRACY TO PRODUCE SEXUALLY EXPLICIT MATERIAL INVOLVING A MINOR - DEFENDANTS LARRY EVERETT HODGE AND EMMA DELL HODGE)

### COUNT 10

### The 00J78 Series of Images

The Grand Jury further charges that:

On or about April 12, 2010, and April 15, 2010, within the Southern District of Indiana,

### LARRY EVERETT HODGE and EMMA DELL HODGE,

defendants herein, did conspire with each other to commit the offense of production of sexually explicit material involving a minor in violation of Title 18, United States Code, Section 2251(a), and LARRY EVERETT HODGE and  EMMA DELL HODGE performed certain overt acts to effect the object of the conspiracy, including, but not limited to, the following:

A)     EMMA DELL HODGE posed for digital photographs with a minor female known to the grand jury depicting the minor female engaging in sexually explicit conduct and digital photographs of EMMA DELL HODGE engaging in sexually explicit conduct with the minor female, as defined in Title 18, United States Code, Section 2256(2).

B)     LARRY EVERETT HODGE took digital photographs of EMMA DELL HODGE posing with the minor female known to the grand jury depicting the minor female engaging in sexually explicit conduct and digital photographs of EMMA DELL HODGE engaging in sexually explicit conduct with the minor female, as defined in Title 18, United States Code, Section 2256(2), using a Kodak EasyShare C530 digital camera.

C)    LARRY EVERETT HODGE saved the images of the minor female and EMMA

DELL HODGE engaging in sexually explicit conduct on a Memorex CD-RW data storage compact

disc under the partial file name 00J78.

All of which is in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT 11

### The slut Series of Images

The Grand Jury further charges that:

On or about October 9, 2010, within the Southern District of Indiana,

LARRY EVERETT HODGE and EMMA DELL HODGE,

defendants herein, did conspire with each other to commit the offense of production of sexually

explicit material involving a minor in violation of Title 18, United States Code, Section 2251(a),

and LARRY EVERETT HODGE and EMMA DELL HODGE performed certain overt acts to

effect the object of the conspiracy, including, but not limited to, the following:

A)    EMMA DELL HODGE posed for digital photographs with a minor female known

to the grand jury depicting the minor female engaging in sexually explicit conduct and digital

photographs of EMMA DELL HODGE engaging in sexually explicit conduct with the minor

female, as defined in Title 18, United States Code, Section 2256(2).

B)    LARRY EVERETT HODGE took digital photographs of EMMA DELL HODGE

posing with the minor female known to the grand jury depicting the minor female engaging in

sexually explicit conduct and digital photographs of EMMA DELL HODGE engaging in sexually

explicit conduct with the minor female, as defined in Title 18, United States Code, Section 2256(2)

using a Kodak EasyShare C530 digital camera.

-15-

C)   LARRY EVERETT HODGE saved the images of the minor female and EMMA

DELL HODGE engaging in sexually explicit conduct on a Memorex CD-RW data storage compact

disc under the partial file name slut.

All of which is in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNTS 12-13

## (DISTRIBUTION OF SEXUALLY EXPLICIT MATERIAL INVOLVING A MINOR - DEFENDANT LARRY EVERETT HODGE)

### COUNT 12

The Grand Jury further charges that:

Between on or about April 1, 2010, and November 27, 2010, within the Southern District

of Indiana and elsewhere, LARRY EVERETT HODGE, a defendant herein, knowingly transported

or shipped visual depictions using any means or facility of interstate or foreign commerce, or in or

affecting interstate or foreign commerce by any means, including by computer, and the producing

of such visual depictions involved the use of a minor engaging in sexually explicit conduct and

such visual depictions were of such conduct, to wit:  using a computer he operated in Vanderburgh

County, Indiana, LARRY EVERETT HODGE knowingly transmitted, through an internet

connection, images of the minor female known to the Grand Jury, the same minor female named in

counts 1-11 of this Indictment, engaging in sexually explicit conduct, as defined in Title 18, United

States Code, Section 2256(2), to defendant GEORGE K. JACKSON.

All of which is in violation of Title 18, United States Code, Section 2252(a)(1).

### COUNT 13

The Grand Jury further charges that:

Between on or about November 22, 2010, and November 27, 2010, within the Southern

District of Indiana and elsewhere, LARRY EVERETT HODGE, a defendant herein, knowingly transported or shipped visual depictions using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce by any means, including by computer, and the producing of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, to wit:  using a Motorola cellular telephone he operated in Vanderburgh County, Indiana, LARRY EVERETT HODGE knowingly transmitted, through a cellular telephone connection, images of the minor female known to the Grand Jury, the same minor female named in counts 1-11 of this Indictment, engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2),  to an adult female known to the Grand Jury.

All of which is in violation of Title 18, United States Code, Section 2252(a)(1).

## COUNTS 14 - 17

## (RECEIPT OF SEXUALLY EXPLICIT MATERIAL INVOLVING A MINOR - DEFENDANT GEORGE K. JACKSON)

## COUNT 14

### The slut fuck Series , 00J78 Series, and JM Series of Images

The Grand Jury further charges that:

On or about May 25, 2010, within the Southern District of Indiana and elsewhere, GEORGE K. JACKSON, a defendant herein, knowingly received and attempted to receive any visual depictions using any means or facility of interstate or foreign commerce, and knowingly received and attempted to receive any visual depictions that had been mailed, or had been shipped or transported in interstate or foreign commerce, or which were produced using materials which had been mailed or so shipped or transported, by any means, including by computer, and the

producing of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, to wit: using a computer with an internet connection he operated in Vanderburgh County, Indiana, GEORGE K. JACKSON knowingly received and attempted to receive a series of images transmitted through an internet connection depicting the minor female known to the Grand Jury, engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), that were identified and saved on JACKSON's computer using the partial file names slut fuck, 00J78, and JM.

All of which is in violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT 15

### The JM 044.mov and JM 027.mov videos

The Grand Jury further charges that:

On or about May 26, 2010, within the Southern District of Indiana and elsewhere, GEORGE K. JACKSON, a defendant herein, knowingly received and attempted to receive any visual depictions using any means or facility of interstate or foreign commerce, and knowingly received and attempted to receive any visual depictions that had been mailed, or had been shipped or transported in interstate or foreign commerce, or which were produced using materials which had been mailed or so shipped or transported, by any means, including by computer, and the producing of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, to wit: using a computer with an internet connection he operated in Vanderburgh County, Indiana, GEORGE K. JACKSON knowingly received and attempted to receive videos transmitted through an internet connection depicting the minor female known to the Grand Jury, engaging in sexually explicit conduct, as defined in Title

-18-

18, United States Code, Section 2256(2), that were identified and saved on JACKSON's computer using the file names JM 044.mov and JM 027.mov.

All of which is in violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT 16

### The rylan Series of Images

The Grand Jury further charges that:

On or about November 3, 2010, within the Southern District of Indiana and elsewhere, GEORGE K. JACKSON, a defendant herein, knowingly received and attempted to receive any visual depictions using any means or facility of interstate or foreign commerce, and knowingly received and attempted to receive any visual depictions that had been mailed, or had been shipped or transported in interstate or foreign commerce, or which were produced using materials which had been mailed or so shipped or transported, by any means, including by computer, and the producing of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, to wit:  using a computer with an internet connection he operated in Vanderburgh County, Indiana, GEORGE K. JACKSON knowingly received and attempted to receive a series of images transmitted through an internet connection depicting the minor female known to the Grand Jury, engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), that were identified and saved on JACKSON's computer using the partial file name rylan.

All of which is in violation of Title 18, United States Code, Section 2252(a)(2).

-19-

## COUNT 17

### The Halloween Series of Images

The Grand Jury further charges that:

On or about November 11, 2010, within the Southern District of Indiana and elsewhere, GEORGE K. JACKSON, a defendant herein, knowingly received and attempted to receive any visual depictions using any means or facility of interstate or foreign commerce, and knowingly received and attempted to receive any visual depictions that had been mailed, or had been shipped or transported in interstate or foreign commerce, or which were produced using materials which had been mailed or so shipped or transported, by any means, including by computer, and the producing of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, to wit:  using a computer with an internet connection he operated in Vanderburgh County, Indiana, GEORGE K. JACKSON knowingly received and attempted to receive a series of images transmitted through an internet connection depicting the minor female known to the Grand Jury, engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), that were identified and saved on JACKSON's computer using the partial file name Halloween.

All of which is in violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT 18

### (POSSESSION OF SEXUALLY EXPLICIT MATERIAL INVOLVING MINORS - DEFENDANT GEORGE K. JACKSON)

### COUNT 18

The Grand Jury further charges that:

On or about November 28, 2010, within the Southern District of Indiana, GEORGE K. JACKSON, a defendant herein, knowingly possessed one or more books, magazines, periodicals, films, video tapes, and other matter which contained visual depictions that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce, shipped and transported in and affecting interstate and foreign commerce, and which were produced using materials which had been mailed and shipped and transported using any means and facility of interstate and foreign commerce, by any means, including by computer, and the producing of such visual depictions involved the use of minors engaging in sexually explicit conduct and such visual depictions were of such conduct, to wit: GEORGE K. JACKSON knowingly possessed videos with the partial file names listed below depicting actual minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), that were saved on the hard drive of a Compaq Presario computer manufactured outside of Indiana.  The videos listed below do not include images of the minor female known to the Grand Jury.

|   | PARTIAL VIDEO FILE NAMES |
|---|---|
| A | 3Yo Toddler Beauty Girl Gives man Blow   .mpg |
| B | Daddy's little Whore At 5Yo   .avi |
| C | Babyshivid 2Yo rape   .mpg |
| D | Babyshivid-Bathtime-2Yo rape Pthc   .mpg |

| E | 5yo Gets A Nice Anal  .avi |
|---|---|
| F | 3yo gets it every way imaginable (pthc pedo baby  .mpg |
| G | 4yo Neighbor girl  .mpg |
| H | 4yo & Man  .mpg |

All of which is in violation of Title 18, United States Code, Section 2252(a)(4)(B).

## FORFEITURE ALLEGATIONS

1.     The allegations of this Indictment are re-alleged as if fully set forth here, for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 2253.

2.     If convicted of an offense set forth above in this Indictment, LARRY EVERETT HODGE, a defendant herein, shall forfeit to the United States any and all materials or property used or intended to be used in the production, possession, receipt or distribution of sexually explicit material involving minors.  Such property includes, but is not limited to, the following specific items:

      A.     One Kodak EasyShare C530 digital camera;

      B.     One Memorex CD-RW data storage compact disc;

      C.     One E-Machines model T2460 computer;

      D.     One Motorola cellular telephone bearing partial serial number 27040;

      E.     All component parts of the items described in this forfeiture allegation;

      F.     All objects used in the commission of acts of sexually explicit conduct against the minor female known to the Grand Jury and used in the production of images of the minor female engaging in sexually explicit conduct.

3.     If convicted of an offense set forth above in this Indictment, GEORGE K. JACKSON, a defendant herein, shall forfeit to the United States any and all materials or property

-22-

used or intended to be used in the possession, receipt or distribution of sexually explicit material involving minors.  Such property includes, but is not limited to, the following specific items:

      A.     One Compaq Presario desktop computer;

      B.     All component parts of the described computer.

A TRUE BILL:

_____
FOREPERSON

JOSEPH H. HOGSETT
United States Attorney

by: _____
Todd S. Shellenbarger
Assistant United States Attorney

-23-